**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re Chemtura Corporation, *et al.*

           Reorganized Debtors

---

Pentair Water Pool and Spa, Inc.
           *Appellant,*

      - against -

Chemtura Corporation
           *Appellee.*

---

Chapter 11

Case No. 09-11233(REG)

Civil Action No. 11-cv-00190-TPG

**STIPULATION AND PROPOSED**
**ORDER OF VOLUNTARY**
**DISMISSAL OF APPEAL**

      IT IS HEREBY STIPULATION AND AGREED by and between the undersigned, that

the above-captioned action is voluntarily dismissed and discontinued, pursuant to Bankruptcy

Rule 8001(c)(2), in all respects, with prejudice, and without costs or attorneys' fees to either

party.

Dated: November 2ζ 2011

---

Steven Brower
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: sbrower@buchalter.com

*Counsel to Pentair Water Pool and Spa, Inc.*

Dated: _Dec. 1_, 2011

---

Richard M. Cieri
Craig A. Bruens
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: craig.bruens@kirkland.com

*Counsel to Chemtura Corporation*

SO ORDERED

---

Honorable Thomas P. Griesa
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/11